## In re MATCZAK.

District Court, E. D. Michigan. September 19, 1927.

### No. 15312.

Aliens &wkey;62(3)—Petitioner, working within judicial district for four years, while family resided elsewhere, held not "resident," within naturalization requirements (Naturalization Act, § 3 [8 USCA § 357]).

Where petitioner for naturalization had resided with family on farm in Pennsylvania for a number of years, and, though working within district where petition was filed for some four years, family had never resided therein, he was not a "resident," within meaning of Naturalization Act June 29, 1906, § 3 (8 USCA § 357), prescribing that naturalization shall extend only to aliens resident within judicial district.

[Ed. Note.—For other definitions, see Words and Phrases, First and Second Series, Resident.]

Naturalization Proceeding. Petition for naturalization of George Wojciech Matczak. Petition denied.

TUTTLE, District Judge. The petition for naturalization, No. 15312, of George Wojciech Matczak, filed with this court on April 16, 1926, came on regularly for hearing on September 19, 1927. The following were all of the facts presented to the court on the question of the residence of petitioner.

(1) The petitioner was born in Poland in 1884 and arrived in the United States in 1906.

(2) He purchased a farm and established a home in the state of Pennsylvania.

(3) His family has resided upon this farm in Pennsylvania for a number of years and is now residing there.

(4) The petitioner has worked in Detroit at intervals for upwards of four years.

(5) The petitioner's family has never resided in the state of Michigan.

The court holds that the facts so presented are insufficient to satisfy the burden of proof which is upon the petitioner to show that he is a resident of this district. Therefore he cannot prosecute a petition for naturalization in this jurisdiction, since under section 3 of the Naturalization Act of June 29, 1906 (8 USCA § 357), it is prescribed "that the naturalization jurisdiction of all courts herein specified—state, territorial, and federal—shall extend only to aliens resident within the respective judicial districts of such courts."

Petition denied.